# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>UPS Package Tracking Number<br>1Z72E48E0250291587 (described below) | )<br>)<br>)  Case No.  ■ 12 4767 BPG<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

A brown cardboard box with a mailing label addressed to Maryanne Turner, 8819 Allenswood Rd, Randallstown, MD 21133. The return address is from David Radigan, 31500 Grape St, Lake Elsinore, CA, 92532. The parcel has a United Parcel Service ("UPS") tracking number of 1Z72E48E0250291587.

located in the _____ District of ____Maryland____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

✓ evidence of a crime;

✓ contraband, fruits of crime, or other items illegally possessed;

✓ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute a Controlled Substance |
| 21 U.S.C. § 841 | Distribution of a Controlled Substance |

The application is based on these facts:

See attached affidavit

✓ Continued on the attached sheet.

☒ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Susannah F. Wood, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12-5-12__

*Judge's signature*

City and state: Baltimore, Maryland      The Honorable Beth P. Gesner, U.S Magistrate Judge
*Printed name and title*