AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>UPS Package Tracking Number 1Z72E48E0250291587<br>(described below) | )<br>)<br>)  Case No.  ■■12■4767 BPG<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of   Maryland
*(identify the person or describe the property to be searched and give its location)*:
A brown cardboard box with a mailing label addressed to Maryanne Turner, 8819 Allenswood Rd, Randallstown, MD 21133. The return address is from David Radigan, 31500 Grape St, Lake Elsinore, CA, 92532. The parcel has a United Parcel Service ("UPS") tracking number of 1Z72E48E0250291587.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   December 19, 2012
                                                                                                              *(not to exceed 14 days)*
✓ in the daytime  6:00 a.m. to 10 p.m.        ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Beth P. Gesner_____.
             *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for  30  days *(not to exceed 30)*.
                                             ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12-5-12   12:10 pm                     /s/ Beth P. Gesner
                                                                                                *Judge's signature*

City and state:   Baltimore, Maryland                              The Honorable Beth P. Gesner, U.S. Magistrate Judge
                                                                                                *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| GC-11-0111 | 12/5/2012   2:00 p.m. | Warrant Sealed / Seized |

Inventory made in the presence of :

TFO Kevin Ermer

Inventory of the property taken and name of any person(s) seized:

(1) Brown Cardboard Box, addressed to Maryanne Turner, 8819 Allenswood Rd, Randallstown, MD 21133
(1) Ball of Greenish Brown Plant Substance, suspected to be marijuana, wrapped in green cellophane with the numbers "16"

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/11/12

_____
Executing officer's signature

SUSANNAH F. WOOD, SPECIAL AGENT
Printed name and title